

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2015

No. 04-14-00606-CV

**ARGO GROUP US, INC.**, Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd.,
Appellants

v.

Louis D. **LEVINSON**, International Financial Group, Inc., Guilford Specialty Group, Inc., Guilford Insurance Company, and The Burlington Insurance Company,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09550
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Patricia O. Alvarez, Justice

Appellants filed a motion for rehearing and appellees responded. The motion for rehearing is GRANTED, and this court's opinion and judgment dated January 14, 2015 are hereby WITHDRAWN.

Because the panel believes oral arguments may be of assistance, the above cause has been re-set for formal submission and oral argument on Thursday, May 21, 2015, 10:30 a.m, before a panel consisting of Chief Justice Marion, Justice Angelini, and Justice Martinez.

Arguments will be heard on (1) whether this appeal is moot, and, if not moot, (2) the merits of the appeal from the trial court's denial of the request for a temporary injunction.

Argument is limited to twenty (20) minutes each side and ten (10) minutes for appellants' rebuttal. If you do not wish to present argument, you must notify this court in writing within seven (7) days of receiving this notice.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court